Michael Kind, Esq.
Nevada Bar No.: 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Ron Boland and Linda Boland*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Ron Boland and Linda Boland,<br><br>Plaintiffs,<br>v.<br><br>Capital One Bank, N.A.,<br><br>Defendant. | Case No: 2:16-cv-02852-APG-GWF<br><br>**Notice of Settlement** |

**NOTICE**

The dispute between Plaintiffs Ron Boland and Linda Boland ("Plaintiffs") and Defendant Capital One Bank, N.A. ("Defendant") has been resolved on an individual basis.

Plaintiffs anticipate filing dismissal documents as to Plaintiffs' claims against Defendant, with prejudice, within 60 days—on or before August 21, 2017.

DATED this 21st day of June 2017.

Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
      Michael Kind, Esq.
      7854 W. Sahara Avenue
      Las Vegas, NV 89117
      *Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

2      I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil

3 Procedure that on June 21, 2017, the foregoing Notice of Settlement was served via

4 CM/ECF to all parties appearing in this case.

5

6                              **Kazerouni Law Group, APC**

7                         By: /s/ Michael Kind

8                                Michael Kind
                                7854 W. Sahara Avenue
9                                Las Vegas, NV 89117

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117