Michael Kind, Esq.
Nevada Bar No. 13903
KAZEROUNI LAW GROUP, APC
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Phone: (800) 400-6808 x7
mkind@kazlg.com

David H. Krieger, Esq.
Nevada Bar No.: 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
dkrieger@hainesandkrieger.com
*Attorneys for Plaintiffs Ron Boland and Linda Boland*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| Ron Boland and Linda Boland, | Case No: 2:16-cv-02852-APG-GWF |
|---|---|
| Plaintiffs, | **Stipulation of Dismissal** |
| v. | |
| Capital One Bank, N.A., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Ron Boland and Linda Boland ("Plaintiffs") and Defendant Capital One Bank, N.A. ("Defendant") stipulate to dismiss, with prejudice, Plaintiffs' claims against Defendant in this matter. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of September 2017.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**FERNALD LAW GROUP LLP**

By: /s/ Brandon C. Fernald
Brandon C. Fernald, Esq.
6236 Laredo Street
Las Vegas, NV 89146
*Attorneys for Defendant*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on September 20, 2017, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148